# ELECTRONIC RECORD

COA # 02-14-00189-CR          OFFENSE:  19.02

STYLE:  Thomas Lester Harper v. The State of Texas          COUNTY:  Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT:  Criminal District Court No. 2

DATE: 07/02/15          Publish: YES  TC CASE #:     1318353R

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Thomas Lester Harper v. The State of Texas          CCA #:  1120-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __11/04/2015__          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD